**Order entered October 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01230-CV

## IN RE ALEX PERRY NEAL, Relator

**Original Proceeding from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84128-2019**

## ORDER

Before the Court is relator's October 8, 2019 "complaint and demand for jury trial" which he has filed in connection with a petition for writ of habeas corpus. To the extent the "complaint and demand for jury trial" is intended as a separate motion, it is **DENIED**.

/s/    DAVID L. BRIDGES
          JUSTICE